No. 685.   Ross v. Ragen, Warden.   November 25, 1946.   Petition for writ of certiorari to the Criminal Court of Rock Island County, Illinois, denied.

No. 686.   Sheets v. Ragen, Warden;

No. 691.   Wofford v. Ragen, Warden; and

No. 692.   Maciong v. Ragen, Warden.   November 25, 1946.   Petitions for writs of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 586.   Reimann v. Clark, Attorney General; and

Nos. 587 and 588.   Citizens Protective League et al. v. Clark, Attorney General.   December 9, 1946. Petition for writs of certiorari to the United States Court of Appeals for the District of Columbia denied.   *James J. Laughlin* for petitioners.   *Acting Solicitor General Washington, Assistant Attorney General Sonnett, Stanley M. Silverberg* and *Thomas M. Cooley, II,* for respondent. Reported below:  81 U. S. App. D. C. —, 155 F. 2d 290.

No. 619.   Grandview Dairy, Inc. v. Jones, War Food Administrator, et al.   December 9, 1946.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   *Harry L. Marcus* and *Herbert L. Maltinsky* for petitioner.   *Acting Solicitor General Washington, Assistant Attorney General Berge, Charles H. Weston* and *J. Stephen Doyle, Jr.* for respondents.

No. 632.   Triumph Explosives, Inc. v. Giusti.   December 9, 1946.   Petition for writ of certiorari to the Cir-